# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Institute for Reforming Government Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:25-cv-01384 |
| Keppel et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Institute for Reforming Government Inc. .

Date: 09/10/2025

s/ Daniel P. Lennington
*Attorney's signature*

Daniel P. Lennington    WI Bar No. 1088694
*Printed name and bar number*

330 E. Kilbourn Ave., Suite 725
Milwaukee, WI 53202
*Address*

Dan@will-law.org
*E-mail address*

(608) 572-5358
*Telephone number*

(414) 727-6385
*FAX number*