IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

INSTITUTE FOR REFORMING GOVERNMENT, INC.,

    Plaintiff,

    v.        Case No. 25-CV-1384

MARY BETH KEPPEL, DONALD A. DAUGHERTY, JR., ANALISE EICHER, ROBERTA GASSMAN, JOHN T. HENDRICKS, THOMAS HRUZ, RHONDA LANFORD, BARBARA NOTESTEIN IN their official capacities as members of the Wisconsin Judicial Commission,

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, subject to and without waiving any objections to jurisdiction, Assistant Attorney General Colin Roth appears as counsel of record for Defendants in the above-captioned action and requests that all documents hereafter filed be served upon him personally at his office located at 17 West Main Street, Madison, Wisconsin 53703, by first-class mail at Post Office Box 7857, Madison, Wisconsin 53707-7857, or via the electronic

case filing system for the United States District Court for the Eastern District of Wisconsin.

Dated this 10th day of October 2025.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ Colin T. Roth
COLIN T. ROTH
Assistant Attorney General
State Bar #1103985

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7636
(608) 294-2907 (Fax)
colin.roth@wisdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on October 10, 2025, I electronically filed the foregoing *Notice of Appearance* with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 10th day of October 2025.

s/ Colin T. Roth
COLIN T. ROTH
Assistant Attorney General