IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

INSTITUTE FOR REFORMING
GOVERNMENT INC.,

    Plaintiff,

    v.                              Case No. 25-CV-1384

MARY BETH KEPPEL, et al.,

    Defendants.

## NOTICE OF ADDITIONAL APPEARANCE

PLEASE TAKE NOTICE that, subject to and without waiving any objections to jurisdiction or to the Court's competency to proceed, Defendants appear in this matter by their attorneys, Wisconsin Attorney General Joshua L. Kaul, and Assistant Attorney General Faye B. Hipsman. Defendants request service of all documents filed hereafter be made upon Assistant Attorney General Hipsman personally at 17 West Main Street, Madison, Wisconsin 53703; by first-class mail at Post Office 7857, Madison, Wisconsin 53707-7857; or via the electronic filing system for the United States District Court for the Eastern District of Wisconsin.

Assistant Attorney General Hipsman appears for Defendants in addition to Assistant Attorney General Colin Roth who has previously appeared in this matter.

Dated this 15th day of October 2025.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

s/ Faye B. Hipsman
FAYE B. HIPSMAN
Assistant Attorney General
State Bar #1123933

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-9487
(608) 294-2907 (Fax)
faye.hipsman@wisdoj.gov