INSTITUTE FOR REFORMING
GOVERNMENT INC.

      Plaintiff,

                            Case No. 2025-CV-1384

v.

MARY BETH KEPPEL, DONALD A.
DAUGHERTY, JR., ANALISE
EICHER, ROBERTA GASSMAN,
JOHN T. HENDRICKS, THOMAS
HRUZ, RHONDA LANFORD,
BARBARA NOTESTEIN in their
Official Capacities as Members of the
Wisconsin Judicial Commission,

      Defendants.

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Institute for Reforming Government Inc., by their undersigned attorneys at the Wisconsin Institute for Law & Liberty, pursuant to Fed. R. Civ. P. 56, hereby move for summary judgment on the claim brought in their complaint. This motion will be heard at a date and time to be set by the Court.

The grounds for this motion are set forth in the memorandum and supporting declaration and attached exhibits submitted in conjunction with this motion, all of which are incorporated herein.

Dated: August 3, 2026

Respectfully Submitted,

WISCONSIN INSTITUTE

- 1 -

FOR LAW & LIBERTY

*s/ Lucas T. Vebber*
_____

Lucas T. Vebber (#1067543)
Daniel P. Lennington (#1088694)

1241 N. Franklin Place
Milwaukee, WI 53202
Phone: (414) 727-9455

Lucas@will-law.org
Dan@will-law.org

*Attorneys for Plaintiff*