IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

INSTITUTE FOR REFORMING GOVERNMENT, INC.,

Plaintiff,

v. Case No. 25-cv-1384

MARY BETH KEPPEL, et al.,

Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR CROSS-MOTION FOR SUMMARY JUDGMENT MOTION AND RESPONSE BRIEF**

---

Plaintiff brings a First Amendment challenge to Wisconsin Judicial Commission confidentiality requirements in this case. According to the court's scheduling order, the parties agreed to file cross-motions for summary judgment. (Dkt 28.) Plaintiff moved for summary judgment on August 3, 2026. (Dkt. 29.) Defendants' combined cross-motion for summary judgment and brief responding to plaintiff's motion for summary judgment is currently due on September 1, 2026.

Defendants request an additional 30 days and a new deadline of October 1, 2026, to move for summary judgment and respond to plaintiff's summary judgment motion. Defendants request additional time to coordinate aspects of

their response with the Wisconsin Judicial Commission, because of workload for counsel and the Judicial Commission, and to account for the capacity of support staff for counsel at this time. Plaintiffs do not oppose defendants' request for a 30-day extension.

Dated this 25th day of August 2026.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ Faye B. Hipsman
FAYE B. HIPSMAN
Assistant Attorney General
State Bar #1123933

COLIN T. ROTH
Assistant Attorney General
State Bar #1103985

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-9487 (Hipsman)
(608) 266-7636 (Roth)
(608) 294-2907 (Fax)
faye.hipsman@wisdoj.gov
colin.roth@wisdoj.gov