IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

INSTITUTE FOR REFORMING GOVERNMENT, INC.,

Plaintiff,

v. Case No. 25-cv-1384

MARY BETH KEPPEL, et al.,

Defendants.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Defendants' combined cross-motion for summary judgment and brief responding to plaintiff's motion for summary judgment is currently due on September 1, 2026. Defendants requested a 30-day extension of this deadline; plaintiffs do not oppose defendants' request. Defendants' motion is granted. Defendants will file a cross-motion for summary judgment with a single combined brief responding to plaintiff's motion and supporting their own on or before October 1, 2026.