UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

INSTITUTE FOR REFORMING GOVERNMENT INC.,

Plaintiff,

v.

MARY BETH KEPPEL, et al.,

Defendants.

Case No. 2025-CV-1384

**MOTION OF LAW FORWARD, INC. FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE***

Law Forward, Inc., respectfully requests that the Court grant it leave to file the attached brief as *amicus curiae* in support of neither party. In support of this Motion, proposed *amicus* states as follows:

1. Law Forward, Inc., is a 501(c)(3) nonprofit, nonpartisan organization organized as a nonprofit, nonstock Wisconsin corporation.

2. Law Forward focuses its work on protecting and strengthening democracy in Wisconsin.

3. Law Forward is committed to fair, transparent, and representative government where Wisconsinites can participate in free, fair elections where their vote counts.

4. Law Forward routinely files *amicus curiae* briefs at the trial court level. *See, e.g.*, *League of Women Voters of Mass. v. Trump*, 26-cv-11581-IT (D. Mass. filed June 1, 2026) (Dkt. 177); *DSCC v. Trump*, 26-cv-01114-CJN (D.D.C. filed Apr. 24,

2026) (Dkt. 92-1); *Stueland v. Cullen*, 2025CV1940 (Waukesha Cnty. Cir. Ct. filed Aug. 12, 2026) (Dkt. 50); *Cerny v. WEC*, 2024CV1353 (Waukesha Cnty. Cir. Ct. filed Oct. 28, 2025 & Feb. 18, 2026) (Dkt. 176 & 219).

5. Because the outcome of this case will have an impact on the judicial ethics grievance process, Law Forward has an interest in ensuring a fair and transparent process is used during the judicial grievance process.

6. Law Forward's brief will be useful to the Court because it offers an analysis of an alternative, middle-ground position that neither party has offered. The brief also describes the importance of the elected judiciary throughout Wisconsin's history and to Wisconsin's democracy today.

7. No party's counsel authored Law Forward's proposed brief in whole or in part, and no party or its counsel contributed money to fund the preparation or submission of the attached brief.

8. Law Forward files this motion and the attached proposed brief on September 17, 2026, to avoid any risk that the brief will delay the resolution the parties' cross motions for summary judgment.

9. A true and correct copy of Law Forward's proposed brief as *amicus curiae* is attached to this motion.

<u>WHEREFORE,</u> Law Forward respectfully requests that the Court grant it leave to file the accompanying brief as *amicus curiae*.

Dated this 17th day of September, 2026.

Respectfully submitted:

/s/ Taylor A. Norback
Douglas M. Poland (SBN 1055189)
Taylor A. Norback (SBN 1126688)
LAW FORWARD, INC.
222 W. Washington St., Suite 680
Madison, WI 53703
(608) 283-9822
dpoland@lawforward.org
tnorback@lawforward.org