UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

INSTITUTE FOR REFORMING GOVERNMENT INC.

Plaintiff,

v.

MARY BETH KEPPEL, et al.,

Defendants.

Case No. 2025-CV-1384

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, the undersigned counsel of record for *Amicus Curiae* Law Forward, Inc., hereby provides the following disclosure statement:

1. Law Forward, Inc. is a nonstock, 501(c)(3) nonprofit organization. It does not have a parent corporation, is not a publicly traded company, and no publicly held corporation owns 10% or more of its stock.

2. Law Forward, Inc. is represented by attorneys employed by Law Forward, Inc.

Dated: September 21, 2026

Respectfully submitted,

LAW FORWARD, INC.

/s/ Taylor A. Norback
Douglas M. Poland (SBN 1055189)
Taylor A. Norback (SBN 1126688)

LAW FORWARD, INC.
222 W. Washington St., Suite 680
Madison, WI 53703
(608) 283-9822
dpoland@lawforward.org
tnorback@lawforward.org