IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

INSTITUTE FOR REFORMING GOVERNMENT, INC.,

Plaintiff,

v. Case No. 2025-CV-1384

MARY BETH KEPPEL, DONALD A. DAUGHERTY, JR., ANALISE EICHER, ROBERTA GASSMAN, JOHN T. HENDRICKS, THOMAS HRUZ, RHONDA LANFORD, BARBARA NOTESTEIN in their official capacities as members of the Wisconsin Judicial Commission,

Defendants.

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants Mary Beth Keppel, Donald A. Daugherty, Jr., Analiese Eicher, Roberta Gassman, John T. Hendricks, Thomas Hruz, Rhonda Lanford, and Barbara Notestein, in their official capacities as members of the Wisconsin Judicial Commission, move for summary judgment on the claims brought in Plaintiff Institute for Reforming Government Inc.'s complaint, pursuant to Fed. R. Civ. P. 56. The motion will be heard, if at all, at a date and time to be set by the Court.

The grounds for this motion are set forth in the memorandum, supporting declaration and attached exhibit, proposed findings of fact, and responses to Plaintiff's proposed findings of fact, submitted in conjunction with this motion and which are incorporated herein.

Dated this 1st day of October 2026.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ Colin T. Roth
COLIN T. ROTH
Assistant Attorney General
State Bar #1103985

FAYE B. HIPSMAN
Assistant Attorney General
State Bar #1123933

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7636 (CTR)
(608) 264-9487 (FBH)
(608) 294-2907 (Fax)
colin.roth@wisdoj.gov
faye.hipsman@wisdoj.gov

## CERTIFICATE OF SERVICE

I certify that on October 1, 2026, I electronically filed Defendants' Cross Motion for Summary Judgement with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

s/ Colin T. Roth
COLIN T. ROTH
Assistant Attorney General
State Bar #1103985